# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MO'S EGG HOUSE, a business of unknown form; HILBERT GROUP, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-2491-CJC(SPx)<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Mo's Egg House and Hilbert Group, LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 26, 2019

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE